# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, et al.,<br><br>                        Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>                        Plaintiff,<br><br>          vs.<br><br>HARRIS FINANCIAL MANAGEMENT and JOHN G. HARRIS<br><br>                        Defendants. | Adversary Proceeding<br>Case No. 19-5011 (BLS) |

## **NOTICE OF SUBSTITUTION OF COUNSEL**

      PLEASE WITHDRAW the appearance of Lucian B. Murley and the law firm of Saul Ewing Arnstein & Lehr LLP on behalf of Defendants Harris Financial Management and John G. Harris ("Defendants").

      PLEASE ENTER the appearance of Scott James Leonhardt and The Rosner Law Group LLC on behalf of the Defendants.

      PLEASE TAKE NOTICE that the Defendants shall continue to be represented in this case by Paul L. Vorndran and the law firm of Jones & Keller, P.C.

Dated: October 19, 2020

| **SAUL EWING ARNSTEIN & LEHR LLP** | **THE ROSNER LAW GROUP LLC** |
|---|---|
| */s/ Lucian B. Murley* | */s/ Scott James Leonhardt* |
| Lucian Murley (DE Bar No. 4892) | Scott James Leonhardt (DE Bar No. 4885) |
| 1201 North Market Street, Suite 2300 | 824 N. Market Street, Suite 810 |
| P.O. Box 1266 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 319-6301 |
| (302) 421-6898 | leonhardt@teamrosner.com |
| luke.murley@saul.com | |