# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| Woodbridge Group of Companies, LLC | Case No.: 17-12560 (BLS) |
| Debtor. | |
| Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of Woodbridge Group of Companies, et al., | **MEDIATOR'S CERTIFICATE OF COMPLETION** |
| Plaintiff, | |
| v. | Adv. Proc. No.: 19-51011 (BLS) |
| Harris Financial Management; John G. Harris, | |
| Defendant. | |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation was completed on January 19, 2021 and resolved in the following manner *(complete applicable provisions)*.

(a) The following individuals were present:

   (1) Parties (name and capacity) -

   Michael Goldberg, as Liquidating Trustee of Plaintiff

   John G. Harris, Defendant

   (2) Counsel (name and party representing) -

   Jason Pomerantz, Counsel to Liquidating Trustee

   Paul Vorndran, Counsel to Defendant

(b) The following parties failed to appear and/or participate as ordered:

(c)   The outcome of the mediation conference was:

_____   The matter has been completely resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order within twenty (20) days of the conference.

_____   The matter has been partially resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days.

_____   The following issues remain for this court to resolve:

_____   The matter has not been resolved and should proceed to trial.

__X__   OTHER:  This matter has settled.

Dated: January 29, 2021                    /s/ Judith K. Fitzgerald
                                           Judith K. Fitzgerald (PA I.D. No. 18110)
                                           Tucker Arensberg, P.C.
                                           1500 One PPG Place
                                           Pittsburgh, PA  15222
                                           (412) 594-1212

TADMS:5453242-1 035888-190638