**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| | (Jointly Administered) |
| Remaining Debtors. | |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | Adversary Proceeding |
| | Case No. 19-51011 (JKS) |
| Plaintiff, | |
| vs. | |
| HARRIS FINANCIAL MANAGEMENT and JOHN G. HARRIS, | |
| Defendants. | |

**STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING**

Plaintiff Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust,

and defendants Harris Financial Management and John G. Harris (together, the "Parties"), have

entered into a settlement agreement that resolves the claims asserted in the above-captioned

adversary proceeding.  Accordingly, the Parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii)

of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172).  The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

Rule7041 of the Federal Rules of Bankruptcy Procedure, to the dismissal with prejudice of this

adversary proceeding, with each party to bear its own attorneys' fees and costs.

STIPULATED AND AGREED:

Dated:  February 14, 2023

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Bradford J. Sandler (DE Bar No. 4142)
Andrew W. Caine (CA Bar No. 110345)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
        acaine@pszjlaw.com
        crobinson@pszjlaw.com

*Counsel to Plaintiff*

Dated: February 14, 2023

THE ROSNER LAW GROUP LLC

*/s/ Scott James Leonhardt*
Scott James Leonhardt (DE Bar No. 4885)
824 N. Market Street, Suite 810
Wilmington, DE 19801
Telephone:  (302) 319-6301
Email:  leonhardt@teamrosner.com

Paul Vorndran (CO No. 22098)
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone:  (303) 573-1600
Facsimile:  (303) 573-8133
Email:  pvorndran@joneskeller.com

*Counsel to Defendants, Harris Financial
Management and John G. Harris*